**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **NEHAL LLC D/B/A QUALITY INN** | |
| **V.** | **CIVIL ACTION NO. 5:23-cv-747** |
| **ACCELERANT SPECIALTY INSURANCE COMPANY** | |

**NOTICE OF REMOVAL**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Please take notice that, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, ACCELERANT SPECIALTY INSURANCE COMPANY, Defendant herein, removes to this Court the state court action pending in the 407th Judicial District Court of Bexar County, Texas, invoking this Court's diversity jurisdiction, on the grounds explained below.

### I.     BACKGROUND

1.  On May 5, 2023, Plaintiff NEHAL LLC D/B/A QUALITY INN ("Plaintiff") filed the present action in the 407th Judicial District Court of Bexar County, Texas, bearing Cause No. 2023CI09130 (the "State Court Action") against Defendant ACCELERANT SPECIALTY INSURANCE COMPANY ("ASIC" or "Defendant). *See Plaintiff's Original Petition*, attached hereto within **Exhibit B**.

2.  Plaintiff purported to serve ASIC notice of this lawsuit on May 12, 2023. *See* **Exhibit B.** However, Plaintiff served Accelerant *National* Insurance Company ("ANIC") via its registered agent rather than ASIC.  ASIC disputes it has been properly served. Nevertheless, to

avoid any dispute regarding the timeliness of removal, and pursuant to 28 U.S.C. §1446(b)(3), ASIC timely files this *Notice of Removal* within thirty (30) days following the alleged service.

3. Pursuant to 28 U.S.C. § 1446(a) a copy of all process, pleadings, and orders served upon Defendant in the State Court Action are incorporated herein under **Exhibit B**.

4. Pursuant to 28 U.S.C. § 1446(d), promptly after filing this *Notice of Removal*, Defendant will give written notice of the removal to Plaintiff through its attorneys of record, and to the clerk of 407th Judicial District Court of Bexar County, Texas.

## II. JURISDICTION

5. Removal of the State Court Action to this Court is proper pursuant to 28 U.S.C. §§ 1332 and 1441(a) and (b) because: (1) there is complete diversity between Plaintiff and Defendant, and (2) the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

### A. COMPLETE DIVERSITY EXISTS BETWEEN PLAINTIFF AND ASIC

6. In its *Original Petition*, Plaintiff alleges that it is a hotel located and doing business in Texas. *See Plaintiff's Original Petition*, **Exhibit B**, at par. 2. Upon information and belief, Plaintiff's members are citizens of Texas, and no member is a citizen of Georgia or Arkansas.

7. ASIC is an Arkansas corporation with a principal place of business in Georgia. ASIC is not a citizen of Texas.

8. Accordingly, there is complete diversity between the parties pursuant to 28 U.S.C. § 1332(a).

**B.   THE AMOUNT IN CONTROVERSY EXCEEDS $75,000.00**

9. In their *Original Petition*, Plaintiff seeks "monetary relief over $250,000 but not more than $1,000,000." *See Plaintiff's Original Petition*, **Exhibit B**, at p. 2.

10. *Plaintiff's Original Petition* shows Plaintiff's claims are in excess of $75,000.00 excluding interest and costs, and the amount in controversy requirement for removal set forth in 28 U.S.C. § 1446(c)(2)(A)-(B) is satisfied.

### III.   VENUE

11. Venue for removal is proper in this district and division because this district embraces the 407th Judicial District Court of Bexar County, Texas, the forum in which the removed action was pending.

### IV.   EXHIBIT INDEX

**Exhibit A**   Index of Matters Being Filed;

**Exhibit B**   All process in this case, including copies of:
Plaintiff's Original Petition, Civil Process Request Form; Copy of Citation; Civil Case Information Sheet, and District Clerk's Docket Sheet.

**Exhibit C**   List of All Counsel of Record

**Exhibit D**   Civil Cover Sheet

### V.   CONCLUSION

12. Removal of this action under 28 U.S.C. § 1441(a) is proper as the district courts of the United States have original jurisdiction over the matter pursuant to 28 U.S.C. § 1332, and as all requirements for removal under 28 U.S.C. § 1446 have been met.

## VI. PRAYER

WHEREFORE, Defendant ACCELERANT SPECIALTY INSURANCE COMPANY respectfully prays that the state court action be removed and placed on this Court's docket for further proceedings as though it had originated in this Court, and that the Court issue all necessary orders. Defendant further requests any additional relief to which it may be justly entitled.

DATE: June 12, 2023.

    Respectfully submitted,

    LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Sarah R. Smith*
    **Sarah R. Smith**
    *Attorney-In-Charge*
    Texas State Bar No. 24056346
    **Allison N. Griswold**
    Texas State Bar No. 24074320
    24 Greenway Plaza, Suite 1400
    Houston, Texas 77046
    Telephone: 713.659.6767
    Facsimile: 713.759.6830
    sarah.smith@lewisbrisbois.com
    allison.griswold@lewisbrisbois.com
    ATTORNEYS FOR DEFENDANT
    ACCELERANT SPECIALTY INSURANCE
    COMPANY

## **CERTIFICATE OF SERVICE**

  Pursuant to the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing instrument has been delivered to all interested parties on June 12, 2023, via e-filing addressed to:

Marc K. Whyte
WHYTE PLLC
2101 NW Military HWY
San Antonio, Texas 78213
Telephone: (210) 562-2878
Facsimile: (210) 562-2874
mwhyte@whytepllc.com

              */s/ Sarah R. Smith*
              Sarah R. Smith